UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEREDITH MCGLOWN,

                Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

                Defendants.

CASE NO. C18-1403-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Although providing some confusing and conflicting information, it does not appear plaintiff has funds available to afford the $400.00 filing fee. Plaintiff therefore financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1), and her IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also* Cause Nos. 16-1038-RSL, 17-202-JCC, 17-0618-RSM, 17-0924-RAJ, and 17-1815-RAJ. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 2nd day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1