UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No. C18-1403 RSM <br><br> ORDER TO SHOW CAUSE |

*Pro se* Plaintiff Meredith McGlown has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on October 2, 2018. Dkt. #5. Summonses have not yet been issued.

Ms. McGlown brings this action against the Department of Homeland Security and the UCIS Application Support Center. *Id*. The Complaint states that "the Obama Reform Act… and the Reversional [sic] Law FCC 4122 1st Cir. Of the United States of America in DC + BC granted the State of Washington Permission for the Caliphate of Isreal [sic] to take residence in the United States." *Id*. Ms. McGlown indicates that there has been "an order for biological testing and counseling with DNA identification" and that Congress "breached the contract when they did this." *Id*. No contract is ever mentioned again in the Complaint. Congress has allegedly "become the overseers of the Caliphate and it retaliated on them," "returned to space and stayed stationary," and "stop [sic] providing for the planet." *Id*. The Complaint continues in this fashion. There are no clear causes of action or requests for relief, although Ms.

ORDER TO SHOW CAUSE - 1

McGlown indicates that she needs proof of her birth and "all biological test results, records, and confirmations…" *Id*.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

This Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There is no statement of jurisdiction, causes of action, or request for relief. This Complaint appears frivolous and malicious. Accordingly, Plaintiff's Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

In Response to this Order, Plaintiff must write a short and plain statement telling the Court (1) the law or laws upon which her claims are based, (2) why Defendants are not immune from such claims, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Plaintiff is not to file additional pages as attachments. The Court will take no further action in this case until Plaintiff has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case. The Clerk shall send a copy of this Order to Plaintiff at 1205 THOMAS ST, UNIT D2 SEATTLE, WA 98109-5437.

DATED this 4th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2