UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. C18-1403RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte* on the Court's Order to Show Cause, Dkt. #7. *Pro se* Plaintiff Meredith McGlown has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on October 2, 2018. Dkt. #5. Summonses have not yet been issued.

Ms. McGlown brings this action against the Department of Homeland Security and the UCIS Application Support Center. *Id*. The Complaint states that "the Obama Reform Act… and the Reversional [sic] Law FCC 4122 1st Cir. Of the United States of America in DC + BC granted the State of Washington Permission for the Caliphate of Isreal [sic] to take residence in the United States." *Id*. Ms. McGlown indicates that there has been "an order for biological testing and counseling with DNA identification" and that Congress "breached the contract

ORDER OF DISMISSAL - 1

when they did this." *Id*. No contract is ever mentioned again in the Complaint. Congress has allegedly "become the overseers of the Caliphate and it retaliated on them," "returned to space and stayed stationary," and "stop [sic] providing for the planet." *Id*. The Complaint continues in this fashion. There are no clear causes of action or requests for relief, although Ms. McGlown indicates that she needs proof of her birth and "all biological test results, records, and confirmations…" *Id*.

On October 4, 2018, the Court issued an Order to Show Cause directing Plaintiff to write a short and plain statement telling the Court (1) the law or laws upon which her claims are based, (2) why Defendants are not immune from such claims, and (3) why this case should not be dismissed as frivolous. Dkt. #7. The Court limited Plaintiff's response to six pages and instructed her not to file additional pages as attachments. *Id*.

On October 18, 2018, Plaintiff filed a request for additional pages concurrent with her eight-page Response and ten pages of attachments. Dkt. #10. This is not in compliance with the Court's prior Order. Even considering all of Plaintiff's Response, nothing contained therein adequately responds to the Court's questions. Plaintiff discusses a whole slew of new topics not previously raised in her Complaint, including war crimes, rape, attempted assassination by the CIA, Plaintiff's financial investments, human trafficking, vampires, requests for records, jihad, prostitution, drug trafficking, and accusations of illegal activities against various officials. *See id*.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

ORDER OF DISMISSAL - 2

The Court finds that Plaintiff's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There is no statement of jurisdiction, causes of action, or request for relief. After considering Plaintiff's Response, the Court is doubly convinced that this Complaint is frivolous and malicious. Accordingly, Plaintiff's Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's claims are DISMISSED.

2) All pending Motions are to be terminated by the Clerk as moot.

3) This case is CLOSED.

4) The Clerk shall send a copy of this Order to Plaintiff at 1205 THOMAS ST, UNIT D2 SEATTLE, WA 98109-5437.

DATED this 23 day of October, 2018.

        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 3